IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
Charlottesville Division

PATRICK JOSEPH MCNAMARA,

   Plaintiff,

v.                                                       Case No. 3:26-cv-00002-JHY-JCH

CHIEF MICHAEL KOCHIS, et al.,

   Defendants.

## SECOND UNOPPOSED MOTION FOR EXTENSION OF TIME

Defendants, by counsel, respectfully move this Court for a second extension of time under Federal Rule of Civil Procedure 6 to respond to Plaintiff's complaint. In support of this motion, Defendants state as follows:

1. Plaintiff initiated this action on January 13, 2026. (ECF No. 1.)

2. Defendants were served with process on January 16, 2026, (ECF Nos. 4–7), making their respective responses due by February 6, 2026.

3. Defense counsel was retained to represent Defendants in this case and is still in the process of gathering and reviewing information and evidence necessary to respond to the complaint.

4. Defendants respectfully request this Court grant a 21-day extension of time to respond to the complaint, such that their respective responses would be due by March 20, 2026.

5. Plaintiff does not oppose Defendants' request.

6. This Court has the discretion to extend the deadline for the filing of a response upon request and for good cause before the original time to respond expires. Fed. R. Civ. P. 6(b)(1)(A).

7. The deadline for Defendants to respond has not expired, and this request is made in good faith and is not meant to delay, obstruct, or otherwise hinder the orderly administration of justice.

WHEREFORE, Defendants, by counsel, respectfully request a 21-day extension of time to respond to the complaint, such that their respective responses are due by March 20, 2026.

        **CHIEF MICHAEL KOCHIS, DETECTIVE CHRISTOPHER RAINES, OFFICER IAN HAUG, DETECTIVE JUSTIN BOWERS**

        By Counsel

/s/ Brian P. Ettari
David P. Corrigan (VSB No. 26341)
Brian P. Ettari (VSB No. 98800)
Counsel for Chief Michael Kochis,
Detective Christopher Raines, Officer Ian Haug,
and Detective Justin Bowers
Harman, Claytor, Corrigan & Wellman
P.O. Box 70280
Richmond, Virginia  23255
804-747-5200 - Phone
804-747-6085 - Fax
dcorrigan@hccw.com
bettari@hccw.com

2

# **C E R T I F I C A T E**

     I hereby certify that on the 24th day of February 2026, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to the following:

     Seth R. Carroll (VSB No. 74745)
     Commonwealth Law Group
     3311 West Broad Street
     Richmond, VA 23230
     804-551-9650 - Phone
     804-387-8086 - DD
     866-238-6415 - Fax
     SCarroll@hurtinva.com

     M. Scott Fisher, Jr. (VSB No. 78485)
     Friedman Fisher Verity, PLLC
     125 S. 14th St., Suite 120
     Richmond, VA 23219
     804-602-7388 - Phone
     804-602-7768 - Fax
     sfisher@ffvlaw.com


     /s/ Brian P. Ettari
     David P. Corrigan (VSB No. 26341)
     Brian P. Ettari (VSB No. 98800)
     Counsel for Chief Michael Kochis,
     Detective Christopher Raines, Officer Ian Haug,
     and Detective Justin Bowers
     Harman, Claytor, Corrigan & Wellman
     P.O. Box 70280
     Richmond, Virginia  23255
     804-747-5200 – Phone
     804-747-6085 – Fax
     dcorrigan@hccw.com
     bettari@hccw.com