IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
Charlottesville Division

PATRICK JOSEPH MCNAMARA,

    Plaintiff,

v.                                Case No. 3:26-cv-00002-JHY-JCH

CHIEF MICHAEL KOCHIS, et al.,

    Defendants.

## MOTION TO DISMISS

Defendants, by counsel and Federal Rule of Civil Procedure 12(b)(6), move to dismiss Plaintiff's claims with prejudice because Plaintiff does not state a plausible claim for relief and because Defendants are entitled to qualified immunity. Defendants rely on and incorporate by reference the brief filed in support of the motion as if fully set forth herein.

WHEREFORE, Defendants respectfully request that this Court grant their motion to dismiss and dismiss Plaintiff's claims with prejudice.

1

**CHIEF MICHAEL KOCHIS, DETECTIVE CHRISTOPHER RAINES, OFFICER IAN HAUG, AND DETECTIVE JUSTIN BOWERS**

By Counsel

/s/ Brian P. Ettari
David P. Corrigan (VSB No. 26341)
Brian P. Ettari (VSB No. 98800)
Counsel for Chief Michael Kochis,
Detective Christopher Raines, and
Officer Ian Haug, Detective Justin Bowers
Harman, Claytor, Corrigan & Wellman
P.O. Box 70280
Richmond, Virginia  23255
804-747-5200 - Phone
804-747-6085 - Fax
dcorrigan@hccw.com
bettari@hccw.com

2

# C E R T I F I C A T E

I hereby certify that on the 27th day of March 2026, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to the following:

Seth R. Carroll (VSB No. 74745)
Commonwealth Law Group
3311 West Broad Street
Richmond, VA 23230
804-551-9650 - Phone
804-387-8086 - DD
866-238-6415 - Fax
SCarroll@hurtinva.com

M. Scott Fisher, Jr. (VSB No. 78485)
Friedman Fisher Verity, PLLC
125 S. 14th St.
Suite 120
Richmond, VA 23219
804-602-7388 - Phone
804-602-7768 - Fax
sfisher@ffvlaw.com

/s/ Brian P. Ettari
David P. Corrigan (VSB No. 26341)
Brian P. Ettari (VSB No. 98800)
Counsel for Chief Michael Kochis,
Detective Christopher Raines, and
Officer Ian Haug, Detective Justin Bowers
Harman, Claytor, Corrigan & Wellman
P.O. Box 70280
Richmond, Virginia  23255
804-747-5200 - Phone
804-747-6085 - Fax
dcorrigan@hccw.com
bettari@hccw.com

3