IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
Charlottesville Division

PATRICK JOSEPH MCNAMARA,

    Plaintiff,

v.                                      Case No. 3:26-cv-2

CHIEF MICHAEL KOCHIS, ET AL.

    Defendants.

## **NOTICE OF SETTLEMENT**

The parties, by and through their respective counsel, hereby notify the Court that they have reached a settlement which fully resolves the above-captioned matter. The parties are preparing a settlement agreement and will file a stipulation of dismissal upon executing the terms of the settlement.

Respectfully submitted,

/s/ M. Scott Fisher, Jr.
M. Scott Fisher, Jr. (VSB No. 78485)
FRIEDMAN FISHER VERITY PLLC
125 S. 14th St., Suite 120
Richmond, VA 23219
804-602-7388 - Phone
804-602-7768 - Fax
sfisher@ffvlaw.com

Seth R. Carroll (VSB No. 74745)
Commonwealth Law Group
3311 West Broad Street
Richmond, VA 23230
804-551-9650 - Phone
866-238-6415 - Fax
SCarroll@hurtinva.com
*Counsel for Plaintiffs*

1

/s/ David P. Corrigan
David P. Corrigan (VSB No. 26341)
Brian P. Ettari (VSB No. 98800)
Counsel for Chief Michael Kochis,
Detective Christopher Raines, and
Officer Ian Haug, Detective Justin Bowers
Harman, Claytor, Corrigan & Wellman
P.O. Box 70280
Richmond, Virginia  23255
804-747-5200 - Phone
804-747-6085 - Fax
dcorrigan@hccw.com
bettari@hccw.com

# **C E R T I F I C A T E**

I hereby certify that on the 9th day of April 2026, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to all counsel of record.

/s/ M. Scott Fisher, Jr.
M. Scott Fisher, Jr. (VSB No. 78485)
FRIEDMAN FISHER VERITY PLLC
125 S. 14th St., Suite 120
Richmond, VA 23219
804-602-7388 - Phone
804-602-7768 - Fax
sfisher@ffvlaw.com

Seth R. Carroll (VSB No. 74745)
Commonwealth Law Group
3311 West Broad Street
Richmond, VA 23230
804-551-9650 - Phone
866-238-6415 - Fax
SCarroll@hurtinva.com

2